UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 1:10-cr-00151-LJM-KPF-1 |
| | ) | |
| LINCOLN PLOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ENTRY AND ORDER**

On May 4, 2011, parties appeared by counsel for a Final Pretrial Conference in this matter. The Court confirmed that this matter is ripe for a nine day jury trial and confirmed the schedule. The parties informed the Court regarding progress on stipulations. The Court made rulings on the record. The Final Pretrial Conference concluded. The Court Reporter was Cathy Jones.

The Court made the following rulings on the record:

1. Government's Motion for an Order *in Limine* (Potential Penalty in Event of Conviction) [Dkt. No. 39] is **GRANTED**.

2. Government's Motion for an Order *in Limine* (Consensual Recording of Conversation with Defendant, an Undercover FBI Agent, and a Cooperating Individual) [Dkt. No. 40] is **GRANTED**.

3. Government's Motion for an Order *in Limine* (Allegations of Government Misconduct) [Dkt. No. 46] is **GRANTED**.

4. Government's Sealed Motions for an Order *in Limine* [Dkt. Nos. 42, 43] were taken under advisement.

4. Defendant will have until **Monday, May 9, 2011** to respond to Government's Sealed Motion *in Limine* [Dkt. No. 43]. The Government will have until **Wednesday, May 11, 2011** to reply.

5. Counsel for the parties is **ORDERED** to appear for a status conference on **Friday, May 20, 2011** following conclusion of the day's proceedings in Room 361, Birch Bayh Federal Building and United States Courthouse, 46 East

Ohio Street, Indianapolis, Indiana. At this conference, counsel should be prepared to discuss jury instructions.

6. The jury trial in this matter remains set for **Monday, May 16, 2011 at 1:00 P.M.** in Courtroom 202, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The Court confirmed that for each subsequent day of trial, Court would commence at 9:00 A.M. and run through 5:00 P.M.

IT IS SO ORDERED this 5th day of May 2011.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Tyler D. Helmond
VOYLES ZAHN PAUL HOGAN & MERRIMAN
thelmond@vzphmlaw.com

Richard C. Pilger
UNITED STATES DEPARTMENT OF JUSTICE
richard.pilger@usdoj.gov

Joe Howard Vaughn
UNITED STATES ATTORNEY'S OFFICE
joe.vaughn@usdoj.gov

James H. Voyles
VOYLES ZAHN PAUL HOGAN & MERRIMAN
jvoyles@vzphmlaw.com